IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KEITH ROBERSON,

    Plaintiff,

v.   CASE NO. 4:13cv650-RH/CAS

BENJAMIN J. STEWART,
and OFFICER KOREY,

    Defendant.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 10. No objections have been filed.

It now has been more than three months since the magistrate judge ordered the plaintiff to submit an amended complaint if he wished to proceed. The plaintiff responded to neither the order directing him to amend nor to the report and recommendation concluding the case should now be dismissed. The plaintiff apparently has chosen not to continue with the case. And in any event, the plaintiff has failed to comply with the magistrate judge's order, despite ample time to do so. Accordingly,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion.  The clerk must enter judgment stating, "This case is DISMISSED without prejudice."  The clerk must close the file.

SO ORDERED on April 14, 2014.

>s/Robert L. Hinkle
>United States District Judge